12479.   FLYNN-HARRIS-BULLARD COMPANY *v.* BUTLER.

BROYLES, C. J.  It is stated in the briefs of counsel for both parties that the only question for determination by this court is whether the jury erred in finding that the account sued upon was not a mutual account between the parties.  Under the evidence submitted, a finding that the account was a mutual one was not demanded, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed.  Luke and Bloodworth, JJ., concur.*
DECIDED JULY 26, 1921.

Complaint; from Bryan superior court — Judge Sheppard. April 11, 1921.

*W. F. Slater, Edwin A. Cohen,* for plaintiff in error.
*J. Hartridge Smith,* contra.